# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE LANDERER individually and as Next Friend of her daughter O.G., and son, J.G., : : : : Plaintiffs, : : v. : : DOVER AREA SCHOOL DISTRICT, *et al.*, : : Defendants. : | Civil No. 1:24-CV-00566 Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 13th day of February, 2025, in accordance with the accompanying memorandum, **IT IS ORDERED** that Defendants' motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**. (Doc. 36.) Specifically:

1. The motion is granted with respect to Plaintiffs' request for declaratory and injunctive relief under counts 1, 2, 3, 4, and 5. Those requests will be **DISMISSED WITHOUT PREJUDICE** because Plaintiff lacks standing to pursue them.

2. The motion is granted with respect to counts 3, 4, and 6. Counts 3, 4, and 6 are **DISMISSED WITHOUT PREJUDICE**.

3. The motion to dismiss is also granted with respect to the qualified immunity defense raised by Defendants Cartwright, Hufnagel, and Williams. Thus,

counts 1, 2, and 5 are **DISMISSED WITH PREJUDICE** as to Defendants Cartwright, Hufnagel, and Williams.

4. The motion is otherwise **DENIED** with respects to counts 1, 2, and 5.

5. Plaintiff may file an amended complaint regarding Counts 3, 4, and 6 within **twenty-one (21) days** of this order, on or before **March 7, 2025**.

6. If Plaintiff does not file an amended complaint by the above deadline, Defendants are directed to respond to the third amended complaint in accordance with the Federal Rules of Civil Procedure.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania