**Ernest G. Trakas, Esq.**

Senior Litigation Counsel

ATLANTA, GA | LYNCHBURG, VA | **ST. LOUIS, MO**

November 24, 2025

**<u>Via ECF</u>**
Hon. Jennifer P. Wilson
United States District Court for the
Middle District of Pennsylvania
P.O. Box 1148
235 N. Washington Avenue
Scranton, PA 18503

Re: Michelle Landerer, et al. v. Dover Area School District, et al.,
    Case No. 1:24-cv-00566-JPW

Dear Judge Wilson:

I write to inform the court that the parties have reached an agreement in principle settling all claims in the above-referenced matter. The details of the formal settlement agreement are currently being worked out by counsel for the parties. Counsel for Plaintiff and Defendants anticipates that the formal agreement will be fully executed within thirty (30) days. In the interim the parties request that the court leave the case open and active. Once the formal settlement agreement is fully executed, all appropriate pleadings dismissing the case will be filed.

Finally, given the foregoing, the parties request that the conference scheduled for Tuesday, November 25, 2025, be cancelled.

Thank you for your consideration.

Sincerely,

Ernest G. Trakas

cc: B. Hoffman, Esq. (*Via electronic mail - bmh@hangley.com*)