# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHELLE LANDERER,

                  Plaintiff,

       v.

DOVER AREA SCHOOL DISTRICT, et al.,

                 Defendants.

CIVIL ACTION NO.:
1:24-cv-00566-JPW

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Michelle Landerer and Defendants, the Dover Area School District and the Dover Area School District Board of Directors, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned action be, and they hereby are, dismissed *with prejudice*. Each party shall bear its own attorneys' fees and costs.

Dated: February 26, 2026

Respectfully Submitted,

CHILD & PARENTAL RIGHTS CAMPAIGN
s/ *Ernest G. Trakas*
Ernest G. Trakas *(pro hac vice)*
8123 Delmar Blvd., Suite 200
St. Louis, MO 63130
(770) 448-4525 (telephone)
etrakas@childparentrights.org

Mary E. McAlister *(pro hac vice)*
Vernadette R. Broyles *(pro hac vice)*
5805 State Bridge Road, Suite 310
Johns Creek, GA 30097
(770) 448-4525 (telephone)
mmcalister@childparentrights.org

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

/s/ *Bonnie M. Hoffman*
Bonnie M. Hoffman (ID No. 201140)
Eitan G. Kagedan (ID No. 331246)
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200 (telephone)
bhoffman@hangley.com
ekagedan@hangley.com

4575078.2

vbroyles@childparentrights.org    *Attorneys for Defendants*

LAW OFFICE OF ANDREW H.
SHAW, P.C.
Andrea L. Shaw (ID No. 89333)
2011 W. Trindle Road
Carlisle, PA 17013
(717) 243-7135 (telephone)
andrea@ashawlaw.com

*Attorneys for Plaintiff*

4575078.2

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system on February 26, 2026, which will send notification to all counsel of record.

*/s/Ernest G. Trakas*
Ernest G. Trakas

4575078.2