**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHELLE LANDERER, | : |
|           Plaintiff, | : |
|       v. | :   CIVIL ACTION NO.: |
| DOVER AREA SCHOOL DISTRICT, et al., | :   1:24-cv-00566-JPW |
| | : |
|          Defendants. | : |
| | : |
| | : |

**<u>ORDER</u>**

AND NOW, this 26th day of February, 2026, upon consideration of the Joint Stipulation of Settlement submitted by the Parties, it is hereby **ORDERED** that all claims in the above captioned case are dismissed *with prejudice*. Each party shall bear its own attorneys' fees and costs.

BY THE COURT:

_____
U.S. District Judge Jennifer P. Wilson